EMILY R. McCANN and Another, Appellants, v. ELSIE SCHWEFEL, Respondent. — Action by plaintiff Emily R. McCann to recover damages for personal injuries sustained when defendant's car, in which she had been riding as a guest, backed up as she was alighting, throwing her to the ground. Also action by her husband to recover for medical expenses and loss of services. Appeal from judgment entered on a verdict in favor of defendant. Judgment reversed on the law and the facts and a new trial granted, with costs to abide the event, on the ground that the statements made by the trial justice in his charge to the jury were improper and prejudicial to the plaintiffs and deprived them of a fair trial. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

ELIZABETH McCORMACK, Respondent, v. B. F. KEITH CORPORATION, Appellant. Plaintiff fell in one of defendant's moving picture theatres while stepping into the aisle from the raised portion of the floor upon which her seat in the rear of the theatre was fixed, and suffered a fracture of the right hip. The floor between the seats was seven and one-fourth inches above the floor of the aisle. There were no lights affixed to the aisle seats. Plaintiff and her companion were in the act of leaving the theatre in the same direction they had entered and during the showing of the picture while the place was dark. Judgment for plaintiff affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Tompkins and Johnston, JJ., concur; Scudder, J., dissents and votes to reverse and to dismiss the complaint on the ground that the plaintiff was guilty of contributory negligence as a matter of law.

ROSE MERRILL and Another, Appellants, v. JOSEPH MERRILL and Another, Respondents.— Action by wife for personal injuries caused by falling from an alleged defective stoop of defendants' premises, of which she and her husband were tenants, and by the husband for expenses and loss of services. Judgment for the defendants, entered upon the verdict of the jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

MAUDE M. MESERVE, Respondent, v. ERNEST R. MESERVE, Appellant.— Action for a separation from bed and board on the ground of abandonment. Judgment in plaintiff's favor unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.